IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL SULLIVAN,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 11-7305** |
| **TEMPLE UNIVERSITY,** | |
| Defendant. | |

**O R D E R**

**AND NOW**, this 5th day of March, 2013, upon consideration of Temple University's Motion for Summary Judgment (Document No. 11, filed August 13, 2012), Temple University's Statement of Material Facts (Document No. 12, filed August 13, 2012), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Document No. 13, filed September 5, 2012), and Temple's Reply Brief in Support of its Motion for Summary Judgment (Document No. 16, filed September 12, 2012), for the reasons set forth in the Memorandum dated March 5, 2013, **IT IS ORDERED** that Temple University's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Temple University's Motion for Summary Judgment is **GRANTED** by agreement of the parties to the extent Sullivan's claims are based on retaliation; and

2. Temple University's Motion for Summary Judgment is **DENIED** to the extent Sullivan's claims are based on age discrimination.

**IT IS FURTHER ORDERED** that a scheduling conference will be convened in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
**JAN E. DuBOIS, J.**